**Opinion filed November 10, 2022**



## In The

# Eleventh Court of Appeals

_____

## No. 11-22-00247-CV

_____

## IN THE INTEREST OF L.C. AND E.T., CHILDREN

**On Appeal from the 326th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 10315-CX**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss her appeal. In the motion, Appellant requests that her appeal be dismissed and prays that we enter an order doing so. Accordingly, we dismiss this appeal pursuant to Appellant's motion. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.


November 10, 2022                                                    PER CURIAM

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.